

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-18-00897-CV

In the Interest of **D.E.P.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00219
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:   Irene Rios, Justice

Sitting:      Rebeca C. Martinez, Justice
           Irene Rios, Justice
           Liza A. Rodriguez, Justice

Delivered and Filed: May 8, 2019

AFFIRMED

In this appeal, appellant challenges the trial court's judgment terminating his parental rights to his child, D.E.P. Appellant's court-appointed counsel filed a brief in which he discusses the applicable law and evaluates the record in this case. In counsel's professional opinion, this appeal is frivolous and without merit. Counsel's brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (noting *Anders* procedures apply in parental termination cases). Additionally, counsel certified that he provided appellant a copy of the brief and informed appellant of his right to review the record and file a pro se brief. Appellant did not file a pro se brief.

We have conducted an independent review of the record and agree this appeal is frivolous and without merit. Accordingly, the trial court's judgment is affirmed.

Irene Rios, Justice